IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

William Michael Frantz – #153673

                                                                      /

No. C 13-80081 WHA

**ORDER OF SUSPENSION**

     Because William Michael Frantz has failed to respond to the order to show cause, Mr. Frantz's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: June 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE